461 A.2d 884

Commonwealth v. Fairell, Jr., Appellant.

Petition for Allowance of Appeal Denied Nov. 1, 1983.

Submitted April 20, 1983. Silvio Fausto Modafferi, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.